IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | CASE NO.: 7:25-CR-00009 (WLS-ALS) |
| | : | |
| RICKY HILL, | : | |
| | : | |
| Defendant. | : | |
| | : | |

**ORDER**

Defendant Ricky Hill moves to continue his trial in the interests of justice. (Doc. 22) He asks to continue the trial from its specially set term until the next trial term. (*Id.*) He states a continuance is warranted to allow Counsel to review discovery, confer with her client, and investigate the case. (Doc. 22 at 2).

Based on the Defendant's stated reasons and that the Government does not oppose the Motion, the Court finds that the ends of justice served by granting such a continuance outweigh the best interests of the public and Defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A)-(B). Thus, and for good cause shown, the Motion (Doc. 22) is **GRANTED**.

The trial in the case is **CONTINUED** to the Valdosta Division November 2025 trial term and its conclusion, or as may be otherwise ordered by the Court.[1] Further, it is **ORDERED** that the time lost under the Speedy Trial Act, 18 U.S.C. § 3161, be **EXCLUDED** in accordance with 18 U.S.C. § 3161(h)(7) because the Court has continued the trial in this case and finds that the failure to grant a continuance would likely result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(i).

---

[1] Defendant does not specify when in the November trial term the case should be continued to. Yet the Court continues the case until the conclusion of the November 2025 trial term. The Court's practice is to grant continuances until the conclusion of a trial term to allow the scheduling of multiple trials during that term. If Defendant objects to a continuance until the conclusion of the next trial term, they shall immediately advise the Court of such an objection in writing.

**SO ORDERED**, this 25th day of June 2025.

                                            <u>**/s/ W. Louis Sands**</u>
                                            **W. LOUIS SANDS, SR. JUDGE**
                                            **UNITED STATES DISTRICT COURT**